LAW OFFICES
# McCABE, WEISBERG & CONWAY, LLC

SUITE 210
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
GENERAL FAX (914) 636-8901
MEDIATION ONLY FAX (855) 427-1278

Melissa A. Sposato, NY Managing Attorney
NY ID 4098323

SUITE 2S09
1 HUNTINGTON QUADRANGLE
MELVILLE, NY 11747
(631) 812-4084
FAX: (855) 845-2584

April 12, 2019

Judge Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re:        Patricia Rosa
Case No.   16-23502
           Status Report

Dear Judge Robert D. Drain:

The office of McCabe, Weisberg & Conway, P.C. represents CIT Bank, N.A. in the instant loss mitigation proceeding. Please allow this letter to serve as a loss mitigation status report.

On March 22, 2019 our office forwarded a denial letter to the Debtor's Attorney. Our client has advised that the Debtor did not qualify for a loan modification. Debtor was denied because of insufficient income to afford the modified mortgage payment. The Debtor's Attorney advised that they would like to submit another package. However, we have not received any documents for the review. In light of the denial, we respectfully request that the Loss Mitigation be terminated.

Thank you for your time and attention herein.

Very truly yours,

By: _____
Melissa DiCerbo, Esq.
McCabe, Weisberg & Conway, LLC
Attorneys for Secured Creditor
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
Telephone 914-636-8900

cc:   Robert S. Lewis via email: robert.lewlaw1@gmail.com