LAW OFFICES
ROBERT S. LEWIS, P.C
ATTORNEYS AND COUNSELORS AT LAW
53 BURD STREET
NYACK, NEW YORK 10960
-------
ROBERT.LEWLAW1@GMAIL.COM
(845) 358-7100
FAX:  (845) 353-6943

April 15, 2019

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE:**	**_In re Patricia Rosa_**
	**_Case No.: 16-23502_**

Dear Judge Drain:

Please allow this correspondence to serve as a Status Report for the above referenced Debtor's Loss Mitigation, with regards to Loan Care LLC (new servicer).

On March 22, 2019 our office received a denial letter from McCabe, Weisberg & Conway, LLC by email. This denial letter was dated January 19, 2019 and the appeal deadline was February 19, 2019. Because our office received this letter so late, we requested that a new application be accepted.

On April 15, 2019, our office submitted an updated application. I am currently awaiting documents from the Debtor's daughter as a household contributor.

If you should have any questions or concerns, please do not hesitate to contact our office.

Thank you for your attention to this matter.

                                            Very truly yours,


                                            /s/ Jasmine M. Rosa
                                            JASMINE M. ROSA/ Legal Assistant
                                            Law Office of Robert S. Lewis, PC

RSL/jmr
Cc: Patricia Rosa
McCabe, Weisberg & Conway, LLC